UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  Sean A. Lombardo<br>  Nina V. Lombardo | CASE NO: 09-34362<br>(Chapter 13) |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4040592**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 12/ 33 | ASSET ACCEPTANCE LLC<br>BOX 2036<br>WARREN, MI  48090 | 38.43 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/26/2010

Certificate of Service                    09-34362

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

Sean A. Lombardo              G TIMOTHY DEARFIELD          (33.1)
Nina V. Lombardo             2555 SOUTH DIXIE AVENUE       ASSET ACCEPTANCE LLC
846 Heincke Road             SUITE 201                     BOX 2036
West Carrollton, OH  45449   KETTERING, OH  45409          WARREN, MI  48090

(32.1n)
GE MONEY BANK
% RECOVERY MANAGEMENT SYSTEMS
25 SE 2ND AVE   SUITE 1120
MIAMI, FL  33131

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner             sv